NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARKO FOODS INTERNATIONAL, INC.,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2010-1211

---

Appeal from the United States Court of International Trade in case no. 07-CV-0274, Judge Gregory W. Carman.

---

## ON MOTION

---

## ORDER

The United States moves without opposition for the court to accept its previously filed confidential joint appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 2 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Stephen M. De Luca, Esq.
Jason M. Kenner, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 23 2010

JAN HORBALY
CLERK